United States Court of Appeals
For the Eighth Circuit
_____

No. 26-1253
_____

United States of America

*Plaintiff - Appellee*

v.

Sydney Morgan Mittan-Ybarra

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: August 3, 2026
Filed: August 6, 2026
[Unpublished]
_____

Before GRASZ, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Sydney Mittan-Ybarra appeals after the district court[1] revoked her probation and sentenced her to 12 months and 1 day in prison and 36 months of supervised

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

release. Her counsel has moved to withdraw and has filed a brief arguing that the revocation sentence is substantively unreasonable.

After careful review of the record, we conclude that the sentence was not an abuse of discretion, as the district court properly considered the relevant 18 U.S.C. § 3553(a) factors, *see United States v. Keatings*, 787 F.3d 1197, 1202 (8th Cir. 2015) (standard of review), and imposed a sentence below the statutory limit, *see United States v. Tschebaum*, 306 F.3d 540, 543-44 (8th Cir. 2002) (upon revocation of probation, district court begins sentencing process anew and may impose any sentence within the statutory limits that would have been available at the initial sentencing); *see also* 18 U.S.C. § 1623(a) (penalty of not more than 5 years in prison).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____